# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| KENNON BRADFORD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 11-3072-CV-S-RED-P |
| MARTY C. ANDERSON, | ) ) ) |
| Defendant. | ) ) |

## ORDER RULING ON PLAINTIFF'S MOTION

Upon consideration of the file and records in this case, it is **ORDERED** that plaintiff's motion for reconsideration of this Court's June 14, 2011, Order denying plaintiff's motion for appointment of counsel (Doc. No. 19) is denied. Plaintiff will, however, be given an extension of time, up to and including October 7, 2011, to file his response to defendant's motion for summary judgment.

 /s/ Richard E. Dorr
RICHARD E. DORR
UNITED STATES DISTRICT JUDGE

Springfield, Missouri,

Dated: 8/23/2011    .