IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

KENNON BRADFORD,
    Plaintiff,

VS.                    Case No. 11-3072-CV-S-Red-P

MARTY C. ANDERSON,
    Defendant.

## PLAINTIFF RESPONSE TO SUMMARY JUDGMENT

Now COMES, Plaintiff KENNON BRADFORD pro se in the above case moves that summary judgment be entered in favor of Plaintiff for the following reasons.

1. When the plaintiff was placed in the Special Housing Unit (SHU) and was assigned to a top bunk staff did not review plaintiff medical needs and what medical conditions/restrictions that was in place for the plaintiff. As order and documented since 9-1-05 the following restrictions was put in place for the plaintiff was:" No Ladders/No upper Bunk, Lower Bunk Requied, No Food Service Work, Regular Duty W/Me Restriction, Soft Shoes Only, Special Diet - Medical Cond, No Prolonge Standing, Weight - No Lifting Over 15 LBS (see Exhibits 1-3) The plaintiff PROGRAM REVIEW REPORTS will show that the plaintiff did have a "No Upper Bunk Order" in place at the time of the accident and that staff did not do any kind of review to see where and how to housed the plaintiff. Which shows the negligent on staff not doing their jobs.

2. The PROGRAM REVIEW REPORTS (Exhibits 1-3) will show al

the plaintiff medical restrictions and when was the restrictions order and put in placed. The defendant alleged that the plaintiff did not have a lower bunk order. The record will show that a No Ladders/No Upper Bunk and Lower Bunk order/restriction was order and put in placed 9-1-05 at 11:04am (see Exhibit 1-3)

3. There is more then enough evidence shown in the plaintiff complaint that he was incorrectly instructed to take a suppository. The plaintiff stated everything that happen in his complaint and being told by staff to take the suppository by mouth is all apart of the plaintiff being placed in the top bunk. The defendant is trying to get the court to believe that falling from the bunk and taking the suppository is two different incidents. When they are both the same. The plaintiff was given the suppository because he was constipated from the pain medication that was prescribed to do the pain from the fall.

## Reason for Summary Judgment

The defendant alleges that the plaintiff did not have a lower bunk order. When the record/program review reports shows that a No ladders/No upper bunk and Lower bunk orders was put in placed since 9-1-05 (Exhibits 1-3) The record/program review shows that staff did not do a review of the plaintiff medical needs and restrictions. Because if staff would have done a review of the plaintiff medical needs. Then they/staff would have known not to placed the plaintiff in the top bunk. Do to staff not doing a review of the plaintiff medical record and seeing that the plaintiff had a lower bunk order. The plaintiff would not have been in a position where he could get hurt.

The defendant want the court to believe that being told by staff to take suppositories by mouth is a different incident from falling out the top bunk, when they are the same. The plaintiff wouldn't have had to take suppositories if the pain medication wouldn't have made him constipated, which the pain come from the fall. The plaintiff prays that this honorable Court grant summary judgment in plaintiff favor so that ~~this case can go to~~ trail and that the plaintiff then can get medical providers to testify that if staff here at the medical center would have review the plaintiff medical record and saw his needs, then the accident would have never happen and because of staff negligent they are responsible for plaintiff injuries. The plaintiff will have problems with his hip as time goes on and with all the other medical problems that the plaintiff have will make the plaintiff life harder to enjoy.

## Conclusion

Based on the foregoing, the plaintiff prays that this Honorable Court rule summary judgment in favor of the plaintiff.

This 30 day of September 2011

Respectfully submitted,

KLB

Kennon Bradford
Reg no. #26436-034
MCFP
P.O Box 4000
Springfield, MO 65801

CERTIFICATE OF SERVICE

I HEREBY CERTIFY UNDER THE PENALTY OF PERJURY THAT THE FOREGOING RESPONSE TO SUMMARY JUDGMENT HAS BEEN DELIVERED TO THE RESPONDENT IN THIS MATTER WHERE LAST KNOW ADDRESS IS:

EARL W. BROWN III
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, MO 65806-2511

This 30 day of September 2011

Kennon Bradford 26436034
MCFP
P.O Box 4000
Springfield, MO 65801

INSTITUTION: SPG  SPRINGFIELD USMCFP

NAME......: BRADFORD, KENNON                    REG. NO: 26436-034
RESIDENCE..: NEW ORLEANS, LA 70118

TYPE OF REVIEW......: INITIAL CLASSIFICATION/(PROGRAM REVIEW)
NEXT REVIEW DATE....: 2-09

PROJ. RELEASE DATE..: 02-18-2023          RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE                HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: Aug 09        DETAINERS (Y/N): N
CIM STATUS (Y/N)....: Y           IF YES, RECONCILED (Y/N): yes
PENDING CHARGES.....: none known
OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....yes

    IF YES - CIRCLE ONE - DRUG TRAFFICKING/(CURRENT VIOLENCE)/PAST VIOLENCE
CATEGORY         - - - - - - - CURRENT ASSIGNMENT - - - - - - - EFF DATE      TIME

CMA       PROG RPT       NEXT PROGRESS REPORT DUE DATE     08-01-2010    0858
CMA       RPP NEEDS      RELEASE PREP PGM NEEDS            01-21-2020    0922
CMA       V94 CVA913     V94 CURR VIOL ON/AFTER 91394      12-12-1999    1103
CUS       MAX            MAXIMUM CUSTODY                   09-09-2004    0815
DRG       DRG E COMP     DRUG EDUCATION COMPLETED          06-26-2003    1128
DRG       DRG I RQ J     DRG INTRV REQD: JUD RECOMMEND     11-20-2001    1158
EDI       ESL HAS        ENGLISH PROFICIENT                12-06-1999    1919
EDI       GED EARNED     GED EARNED IN BOP                 03-25-2004    1332
FRP       PART           FINANC RESP-PARTICIPATES          09-07-2007    0910
LEV       HIGH           SECURITY CLASSIFICATION HIGH      10-25-2001    0954
MDS       HGT RESTR      NO LADDERS/NO UPPER BUNK          09-01-2005    1104
MDS       LOWER BUNK     LOWER BUNK REQUIRED               09-01-2005    1104
MDS       NO F/S         NO FOOD SERVICE WORK              09-01-2005    1104
MDS       REG DUTY W     REGULAR DUTY W/MED RESTRICTION    05-29-2007    1347
MDS       SOFT SHOES     SOFT SHOES ONLY                   09-01-2005    1104
MDS       SPEC DIET      SPECIAL DIET - MEDICAL COND       05-29-2007    1347
MDS       STAND RSTR     NO PROLONGED STANDING             09-01-2005    1104
MDS       WGT 15 LB      WEIGHT-NO LIFTING OVER 15 LBS     09-01-2005    1105
QTR       N02-034L       HOUSE N/RANGE 02/BED 034L         08-08-2008    1801
RLG       PROTESTANT     PROTESTANT                        10-30-2002    2150
WRK       ADM DET        ADMINISTRATIVE DETENTION          08-08-2008    1808

WORK PERFORMANCE RATING: A/D

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: 5/5/08  397 phone abuse
11/21/07  312 - insolence

FRP PLAN/PROGRESS: TRUST FUND DEPOSITS PAST 6 MO: $1,515.00

FRP PAYMENTS PAST 6 MO: $60.00      OBLG BALANCE: $1,745.00

CURRENT FRP PLAN: $60/qtr    PAYMENTS COMMENSURATE: YES ___ / NO ___

IF NO, NEW PAYMENT PLAN:          40.00/month

RELEASE PREPARATION PARTICIPATION:

Needs _____

Exhibit 7

```
SPGS4            *        PROGRAM REVIEW REPORT          *     02-12-2009
PAGE 001                                                        08:05:26

INSTITUTION: SPG  SPRINGFIELD USMCFP
NAME......: BRADFORD, KENNON                    REG. NO: 26436-034
RESIDENCE..: NEW ORLEANS, LA 70118
TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE....: Aug 2009
PROJ. RELEASE DATE..: 04-14-2023        RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE              HEARING TYPE...: NONE
DATE OF NEXT CUSTODY REVIEW: Aug 2009   DETAINERS (Y/N): N
CIM STATUS (Y/N)....: Y         IF YES, RECONCILED (Y/N): yes
PENDING CHARGES.....: none known
OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)...: yes
   IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE
CATEGORY        - - - - - -  CURRENT ASSIGNMENT - - - - - - -  EFF DATE    TIME

CMA         PROG RPT        NEXT PROGRESS REPORT DUE DATE    08-01-2010    0858
CMA         RPP NEEDS       RELEASE PREP PGM NEEDS           01-21-2020    0922
CMA         V94 CVA913      V94 CURR VIOL ON/AFTER 91394     12-12-1999    1103
CUS         MAX             MAXIMUM CUSTODY                  09-09-2004    0815
DRG         DRG E COMP      DRUG EDUCATION COMPLETED         06-26-2003    1128
DRG         DRG I RQ J      DRG INTRV REQD: JUD RECOMMEND    11-20-2001    1158
EDI         ESL HAS         ENGLISH PROFICIENT               12-06-1999    1919
EDI         GED EARNED      GED EARNED IN BOP                03-25-2004    1332
FRP         PART            FINANC RESP-PARTICIPATES         09-07-2007    0910
LEV         HIGH            SECURITY CLASSIFICATION HIGH     10-25-2001    0954
MDS         HGT RESTR       NO LADDERS/NO UPPER BUNK         09-01-2005    1104
MDS         LOWER BUNK      LOWER BUNK REQUIRED              09-01-2005    1104
MDS         NO F/S          NO FOOD SERVICE WORK             09-01-2005    1104
MDS         REG DUTY W      REGULAR DUTY W/MED RESTRICTION   05-29-2007    1347
MDS         SOFT SHOES      SOFT SHOES ONLY                  09-01-2005    1104
MDS         SPEC DIET       SPECIAL DIET - MEDICAL COND      05-29-2007    1347
MDS         STAND RSTR      NO PROLONGED STANDING            09-01-2005    1104
MDS         WGT 15 LB       WEIGHT-NO LIFTING OVER 15 LBS    09-01-2005    1105
QTR         V02-031L        HOUSE V/RANGE 02/BED 031L        05-07-2009    1401
RLG         PROTESTANT      PROTESTANT                       10-30-2002    2150
WRK         MED UNASSG      MEDICALLY UNASSIGNED             04-27-2009    1349

WORK PERFORMANCE RATING: med inarg

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: 12/12/05  307

FRP PLAN/PROGRESS:   TRUST FUND DEPOSITS PAST 6 MO: $ 1,239.00
FRP PAYMENTS PAST 6 MO: $ 80.00     OBLG BALANCE: $ 1,948.00
CURRENT FRP PLAN: $ 30/mo    PAYMENTS COMMENSURATE: YES X / NO ___
IF NO, NEW PAYMENT PLAN: _____

RELEASE PREPARATION PARTICIPATION: needs 1/2020
```

Exhibit 2 page 1

Case 6:11-cv-03072-RED   Document 22   Filed 10/06/11   Page 6 of 9

CCC RECOMMENDATION: will remain closer to release date

PROGRESS MADE SINCE LAST REVIEW: did not maintain clear conduct. Compliant with FRP and 2 hr checks

GOALS FOR NEXT PROGRAM REVIEW MEETING:
Maintain clear conduct
Comply with FRP payments
Comply with 2 hr Checks

LONG TERM GOALS:
Comply with medical team recommendations
Complete financial obligations

OTHER INMATE REQUESTS/TEAM ACTIONS:
DNA - Need
Diabetes type I
Dialysis
407-40X current
SSC - needs

SIGNATURES:

CHAIRPERSON: Darla D____    INMATE: ____

DATE: 2-12-09    DATE: 2-12-09

Exhibit 2 page 2

```
SPGQG            *            PROGRAM REVIEW REPORT            *       3-13-2008
```

3 copies

INSTITUTION: SPG  SPRINGFIELD USMCFP

NAME.......: BRADFORD, KENNON                   REG. NO: 26436-034
RESIDENCE..: NEW ORLEANS, LA 70118

TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW

NEXT REVIEW DATE....: _Sep 08_

PROJ. RELEASE DATE..: 02-18-2023          RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE                HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: _Jun 08_     DETAINERS (Y/N): (N)
CIM STATUS (Y/N)....: (Y)           IF YES, RECONCILED (Y/N): _yes_
PENDING CHARGES.....: _None Known_

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y)/N ....: _yes_

    IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE
    CATEGORY    - - - - - -     CURRENT ASSIGNMENT - - - - - -    EFF DATE      TIME

    CMA         PROG RPT        NEXT PROGRESS REPORT DUE DATE     08-01-2010    0858
    CMA         RPP NEEDS       RELEASE PREP PGM NEEDS            01-21-2020    0922
    CMA         V94 CVA913      V94 CURR VIOL ON/AFTER 91394      12-12-1999    1103
    CUS         MAX             MAXIMUM CUSTODY                   09-09-2004    0815
    DRG         DRG E COMP      DRUG EDUCATION COMPLETED          06-26-2003    1128
    DRG         DRG I RQ J      DRG INTRV REQD: JUD RECOMMEND     11-20-2001    1158
    EDI         ESL HAS         ENGLISH PROFICIENT                12-06-1999    1919
    EDI         GED EARNED      GED EARNED IN BOP                 03-25-2004    1332
    FRP         PART            FINANC RESP-PARTICIPATES          09-07-2007    0910
    LEV         HIGH            SECURITY CLASSIFICATION HIGH      10-25-2001    0954
  → MDS         HGT RESTR       NO LADDERS/NO UPPER BUNK          09-01-2005    1104
  → MDS         LOWER BUNK      LOWER BUNK REQUIRED               09-01-2005    1104
  → MDS         NO F/S          NO FOOD SERVICE WORK              09-01-2005    1104
  → MDS         REG DUTY W      REGULAR DUTY W/MED RESTRICTION    05-29-2007    1347
  → MDS         SOFT SHOES      SOFT SHOES ONLY                   09-01-2005    1104
  → MDS         SPEC DIET       SPECIAL DIET - MEDICAL COND       05-29-2007    1347
  → MDS         STAND RSTR      NO PROLONGED STANDING             09-01-2005    1104
  → MDS         WGT 15 LB       WEIGHT-NO LIFTING OVER 15 LBS     09-01-2005    1105
    QTR         M01-010L        HOUSE M/RANGE 01/BED 010L         11-28-2007    0941
    RLG         PROTESTANT      PROTESTANT                        10-30-2002    2150
    WRK         ADM DET         ADMINISTRATIVE DETENTION          12-18-2007    0050

WORK PERFORMANCE RATING: _A/D_

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: _____

_312 - Insolence_

_Nov 2007_

FRP PLAN/PROGRESS:   TRUST FUND DEPOSITS PAST 6 MO: $ _1,440.00_

FRP PAYMENTS PAST 6 MO: $ _120.00_      OBLG BALANCE: $ _1805.00_

CURRENT FRP PLAN: $ _60.00/qtr_ PAYMENTS COMMENSURATE: YES _✓_ / NO ___

IF NO, NEW PAYMENT PLAN: _____

RELEASE PREPARATION PARTICIPATION: _yes_

Exhibit 3

Kennon Bradford
#26436-034
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SCREENED BY
U.S. MARSHALS

U.S District Court
Office Of the Clerk
1510 Whittaker Courthouse
400 East Ninth Street
Kansas City, MO 64106